**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

GROBLER
Plaintiff

V.

NEOVASC INC. ET AL
Defendant

CIVIL ACTION

NO. 16-11038-RGS

## ORDER OF DISMISSAL

STEARNS, D.J.,

In accordance with the Court's Memorandum and Order dated 11/22/16 granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Elaine Flaherty

Deputy Clerk

11/22/16

Date